IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16PO2 |
| vs. | |
| RONALD JAMES DUEY, | ORDER |
| Defendant. | |

UPON THE MOTION OF THE DEFENDANT, (Filing No. 27), and no objection from the government,

**IT IS ORDERED:**

1. The Unopposed Motion to Continue Hearing [27] is granted.

2. The Change of Plea hearing is continued to March 7, 2018 at 2:00 p.m. before Magistrate Judge Michael D. Nelson, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between today's date and the change of plea hearing is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A), (B)(i). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that defendant has been approved for a diversion program and further time is required for him to complete such program.

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 7th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge