IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD JAMES DUEY,<br><br>        Defendant. | **8:16PO2**<br><br>**ORDER FOR DISMISSAL** |

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

Dated this 5th day of June, 2018.

BY THE COURT:

_____
United States Magistrate Judge